**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 530 WAL 2016
   :
         Respondent    :
   :    Petition for Allowance of Appeal from
   :    the Order of the Superior Court
         v.    :
   :
   :
DAVID FRANK STAHL,    :
   :
         Petitioner    :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 31st day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.